# EXHIBIT E

*Written Consent of Board of Directors and 1st Amendment To LLC Agreement of JL Powell LLC*

**JL Powell LLC**
UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS
AND
FIRST AMENDMENT TO
AMENDED AND RESTATED
LIMITED LIABILITY COMPANY AGREEMENT

This Unanimous Written Consent of Board of Directors and First Amendment to Amended and Restated Limited Liability Company Agreement (this "Amendment") of JL Powell LLC, a Delaware limited liability company (the "Company"), is made and entered into effective as of July __, 2011 (the "Amendment Date") by and among the Company, the Board, and those executing this Amendment as the Members.

RECITALS

WHEREAS, the Company and its Members are parties to the Amended and Restated Limited Liability Company Agreement of the Company dated as of March 10, 2010 (the "Amended and Restated LLC Agreement") setting forth their respective rights, powers, duties, and obligations with respect to the Company and the ownership, management, operations and activities of the Company;

WHEREAS, the Company and the Class B Member are parties to the Contribution Agreement dated as of March 10, 2010 (the "Contribution Agreement"), pursuant to the which the Company issued to the Class B Member 430,000 Class B Units (the "Class B Units") upon and subject to the terms of the Contribution Agreement and the Amended and Restated LLC Agreement;

WHEREAS, the Class B Units are subject to cancellation by the Company to recover any Losses for which the Company is entitled to indemnification under Sections 11.2(d) and 11.3(d) of the Contribution Agreement;

WHEREAS, as of the date of this Amendment, the aggregate amount of Losses for which the Company is entitled to indemnification from the Class B Member is approximately $454,981 (as more specifically described in that certain notice dated March 3, 2011 from the Company to the Class B Member, the "Indemnified Losses"); and

WHEREAS, the Board has determined that in order to equitably remedy the damages suffered by the Company and its Class A Member as a result of the Indemnified Losses, the Company should cancel 65,937 of the Class B Member's Class B Units (the "Cancelled Units") and simultaneously increase the authorized capital of the Company by and issue to the Class A Member an additional 65,937 Class A Units (the "Additional Class A Units"), in each case, in consideration and satisfaction of the Indemnified Losses and without additional consideration, and at the meeting held on March 3, 2011, the Board, with the consent of the Class A Member and the Class B Member, elected and resolved to cause the Company to cancel the Cancelled Units and issue the Additional Class A Units, in each case, in consideration and satisfaction of

the Indemnified Losses and without additional consideration, so that upon completion of such cancellation and issuance, Class A Units will represent 63.6% of the outstanding Voting Units and the Class B Units will represent 36.4% of the outstanding Voting Units;

NOW, THEREFORE, in consideration of the mutual covenants expressed herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto hereby agree and amend the Amended and Restated LLC Agreement as follows:

1. <u>Definitions</u>. Capitalized terms used and not otherwise defined in this Amendment have the meanings given such terms in the Amended and Restated LLC Agreement or the Contribution Agreement, as applicable. The Amended and Restated LLC Agreement, as amended by this Amendment, is referred to as the "Agreement."

2. <u>Cancellation of Class B Units</u>. The Class B Member hereby surrenders to the Company, and the Company hereby accepts from the Class B Member, free and clear of all liens and encumbrances, and cancels and retires from the authorized capital of the Company, the Cancelled Units. The 364,027 Class B Units remaining outstanding after giving effect to the surrender and cancellation of the Cancelled Units remain subject to all applicable terms of the Contribution Agreement and the Agreement.

3. <u>Changes to Authorized Capital of Company</u>. The number of Class A Units that the Company has the authority to issue is hereby increased by 65,973 Class A Units and, with the number of Class B Units that the Company has the authority to issue having been decreased by the cancellation of the Cancelled Units, the total authorized capital of the Company as of the Amendment Date consists of 635,973 Class A Units, all of which shall be outstanding, 364,027 Class B Units, all of which shall be outstanding, and 162,791 Class C Units, 142,074 of which are issued and outstanding.

4. <u>Issuance of Additional Class A Units</u>. The Company hereby issues to the Class A Member the Additional Class A Units, all of which shall be subject to the terms and conditions of the Agreement.

5. <u>Amendment and Restatement of Schedule I</u>. Schedule I to the Agreement is hereby amended and restated in its entirety effective as of the Amendment Date as set forth in Schedule I to this Amendment to reflect the cancellation of the Cancelled Units and the issuance of the Additional Class A Units.

6. <u>No Further Modification</u>. Except as amended hereby, the Agreement remains unmodified and in full force and effect.

7. <u>Governing Law</u>. Delaware law shall govern the construction and application of the terms of this Amendment, without reference to conflicts of laws principles.

8. <u>Counterparts</u>. This Amendment may be executed in counterparts, each of which shall be considered an original, and all of which together shall constitute one and the same instrument.

9. Board Actions. Without limiting any of the other actions and agreements expressed in this Amendment by the Class B Member, the Class A Member, or the Company, this Amendment constitutes an action taken by the unanimous written of the Board to the extent of any agreements or actions made or taken herein that are required or permitted to be taken by the Board under the Agreement or the Act, and a copy shall be kept with the minutes of the meetings of the Board.

***Signatures on Following Page***

IN WITNESS WHEREOF, the undersigned have duly executed this Amendment as of the Amendment Date.

**COMPANY:**

JL POWELL LLC

By: ______________________________
Joshua L. Powell, Chief Executive Officer

**CLASS A MEMBER:**

Blue Highways Holdings III LLC

By: Blue Highways Management III LLC, its Manager

By: ______________________________
Bruce A. L. Willard, Manager

**CLASS B MEMBER:**

JL Powell, Inc.

By: ______________________________
Joshua L. Powell, Chief Executive Officer and President
Hereunto duly authorized

**BOARD:**

______________________________
Bruce A. L. Willard

______________________________
William End

______________________________
William Dargie

______________________________
Joshua L. Powell

______________________________
Laird Koldyke

IN WITNESS WHEREOF, the undersigned have duly executed this Amendment as of the Amendment Date.

**COMPANY:**

JL POWELL LLC

By: ______________________________
Joshua L. Powell, Chief Executive Officer

**CLASS A MEMBER:**

Blue Highways Holdings III LLC

By: Blue Highways Management III LLC, its Manager

By: ______________________________
Bruce A. L. Willard, Manager

**CLASS B MEMBER:**

JL Powell, Inc.

By: ______________________________
Joshua L. Powell, Chief Executive Officer and President
Hereunto duly authorized

**BOARD:**

______________________________
Bruce A. L. Willard

William T. End
______________________________
William End

______________________________
William Dargie

______________________________
Joshua L. Powell

______________________________
Laird Koldyke

IN WITNESS WHEREOF, the undersigned have duly executed this Amendment as of the Amendment Date.

**COMPANY:**

JL POWELL LLC

By: ______________________________
Joshua L. Powell, Chief Executive Officer

**CLASS A MEMBER:**

Blue Highways Holdings III LLC

By: Blue Highways Management III LLC, its Manager

By: ______________________________
Bruce A. L. Willard, Manager

**CLASS B MEMBER:**

JL Powell, Inc.

By: ______________________________
Joshua L. Powell, Chief Executive Officer and President
Hereunto duly authorized

**BOARD:**

______________________________
Bruce A. L. Willard

______________________________
William End

______________________________
William Dargie

______________________________
Joshua L. Powell

______________________________
Laird Koldyke

IN WITNESS WHEREOF, the undersigned have duly executed this Amendment as of the Amendment Date.

**COMPANY:**

JL POWELL LLC

By: ______________________________
Joshua L. Powell, Chief Executive Officer

**CLASS A MEMBER:**

Blue Highways Holdings III LLC

By: Blue Highways Management III LLC, its Manager

By: ______________________________
Bruce A. L. Willard, Manager

**CLASS B MEMBER:**

JL Powell, Inc.

By: ______________________________
Joshua L. Powell, Chief Executive Officer and President
Hereunto duly authorized

**BOARD:**

______________________________
Bruce A. L. Willard

______________________________
William End

______________________________
William Dargie

______________________________
Joshua L. Powell

______________________________
Laird Koldyke

SCHEDULE I

Class A and Class B Members

| **Member** | **Class A Units** | **Class B Units** | **Percentage Share** | **Contribution / Fair Market Value** |
|---|---|---|---|---|
| Blue Highways Holdings III LLC | 635,973 | - | 63.6% | $2,500,000 |
| JL Powell, Inc. | - | 364,027 | 36.4% | The Contribution (as defined in the Contribution Agreement) pursuant to Contribution Agreement having a Fair Market Value as of the Effective Date of $1,885,965, LESS the amount of Indemnified Losses. |
| Total | 635,973 | 364,027 | | |