1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT I

*Action by Written Consent of JL Powell LLC Board 02-10-11*

26
27
28

**ACTION TAKEN BY UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS IN LIEU OF MEETING**

**JL POWELL LLC**

The undersigned, being all of the members of the Board of Directors of JL Powell LLC, a Delaware limited liability company (the "Company"), hereby consent to the taking of, and hereby take, the following actions, such actions being stated in the form of, and to be fully effective as if taken by, unanimous resolution or resolutions of the Board of Directors of the Company at a meeting duly called and held on the date hereof at which all of the undersigned Directors were present in person and acted throughout:

WHEREAS, the Directors deem it to be in the best interests of the Company and its members (the "Members") for the Company (i) to authorize, ratify, approve , confirm, and enter into a financing arrangement with Blue Highways Holdings III, LLC, a Member of the Company ("BHH"), on the terms (the "Financing Terms") set forth in a Convertible Note of the Company (the "Note") and the Loan and Security Agreement  (the "Loan Agreement," and together with the Note, the "Credit Facility"), between the Company and BHH, each in substantially the form previously reviewed by the undersigned, pursuant to which the Company has, subject to the terms of the Credit Facility, borrowed an aggregate principal amount of $400,000 ($250,000 on December 20, 2010  and $150,000 on February 1, 2011 (the "Borrowings"), and may, subject to the terms of the Credit Facility, borrow up to an additional aggregate principal amount of $100,000 (i.e., a maximum aggregate principal amount of $500,000) to finance current and projected expenses and capital requirements of the Company, and (ii) to increase the Company's authorized capital so that the total authorized capital of the Company is increased by an additional 120,000 Class A Units (the "Additional Class A Units"), which Additional Class A Units shall be reserved for issuance, and are hereby authorized to be issued solely upon conversion of any or all of the amounts due under the Notes up to the amount to be issued in satisfaction of the exercised conversion rights, and (iii) to execute and deliver the Note and perform its obligations thereunder and consummate the transactions contemplated thereby;

NOW, THEREFORE, BE IT RESOLVED: that the Company hereby authorize, ratify, approve and confirm the Withdrawals, subject to the terms of the Credit Facility, and be, and hereby is, authorized to enter into the Credit Facility and to borrow from BHH up to an additional aggregate principal amount of $100,000 (i.e., an aggregate original principal amount of up to (but not to exceed) $500,000) on the terms set forth in the Note and the Loan Agreement, and that Chief Executive Officer of the Company be, and hereby is, authorized to execute and deliver to BHH on behalf of the Company the Loan Agreement and the Note, and to take such other actions and execute, and deliver on behalf of the Company such documents, certificates, agreements, and other instruments as may be necessary or appropriate to carry out the financing transaction contemplated by the Credit Facility and authorized by these resolutions and to cause the Company to perform its obligations thereunder, and that the Credit Facility, the

financing transaction contemplated thereby and by these resolutions and all actions authorized by these resolutions be, and hereby are, in all respects, approved, ratified and confirmed;

FURTHER RESOLVED, that, without limiting the preceding resolutions, the authorized capital of the Company be, and hereby is, increased to authorize the issuance of the Additional Class A Units upon exercise of the conversion rights under the Note; and

FINALLY RESOLVED, that any and all actions heretofore taken by any officer or Director of the Company in connection with the subject matter of this Consent, be, and hereby are, in all respects confirmed, approved and ratified.

This document shall be filed with the minutes of the Director's meetings.

Dated: February 10, 2011

_____
Bruce A. Willard

_____
William End

_____
William Dargie

_____
Joshua Powell

_____
Martin Laird Koldyke

financing transaction contemplated thereby and by these resolutions and all actions authorized by these resolutions be, and hereby are, in all respects, approved, ratified and confirmed;

FURTHER RESOLVED, that, without limiting the preceding resolutions, the authorized capital of the Company be, and hereby is, increased to authorize the issuance of the Additional Class A Units upon exercise of the conversion rights under the Note; and

FINALLY RESOLVED, that any and all actions heretofore taken by any officer or Director of the Company in connection with the subject matter of this Consent, be, and hereby are, in all respects confirmed, approved and ratified.

This document shall be filed with the minutes of the Director's meetings.

Dated: February 10, 2011

_____
Bruce A. Willard

*/s/ William T. End*
_____
William End

_____
William Dargie

_____
Joshua Powell

_____
Martin Laird Koldyke

financing transaction contemplated thereby and by these resolutions and all actions authorized by these resolutions be, and hereby are, in all respects, approved, ratified and confirmed;

FURTHER RESOLVED, that, without limiting the preceding resolutions, the authorized capital of the Company be, and hereby is, increased to authorize the issuance of the Additional Class A Units upon exercise of the conversion rights under the Note; and

FINALLY RESOLVED, that any and all actions heretofore taken by any officer or Director of the Company in connection with the subject matter of this Consent, be, and hereby are, in all respects confirmed, approved and ratified.

This document shall be filed with the minutes of the Director's meetings.

Dated: February 10, 2011

_____
Bruce A. Willard


_____
William End

*/s/ William Dargie*
_____
William Dargie


_____
Joshua Powell


_____
Martin Laird Koldyke

financing transaction contemplated thereby and by these resolutions and all actions authorized by these resolutions be, and hereby are, in all respects, approved, ratified and confirmed;

FURTHER RESOLVED, that, without limiting the preceding resolutions, the authorized capital of the Company be, and hereby is, increased to authorize the issuance of the Additional Class A Units upon exercise of the conversion rights under the Note; and

FINALLY RESOLVED, that any and all actions heretofore taken by any officer or Director of the Company in connection with the subject matter of this Consent, be, and hereby are, in all respects confirmed, approved and ratified.

This document shall be filed with the minutes of the Director's meetings.

Dated: February 10, 2011

_____
Bruce A. Willard

_____
William End

_____
William Dargie

_____
Joshua Powell

_____
Martin Laird Koldyke

financing transaction contemplated thereby and by these resolutions and all actions authorized by these resolutions be, and hereby are, in all respects, approved, ratified and confirmed;

FURTHER RESOLVED, that, without limiting the preceding resolutions, the authorized capital of the Company be, and hereby is, increased to authorize the issuance of the Additional Class A Units upon exercise of the conversion rights under the Note; and

FINALLY RESOLVED, that any and all actions heretofore taken by any officer or Director of the Company in connection with the subject matter of this Consent, be, and hereby are, in all respects confirmed, approved and ratified.

This document shall be filed with the minutes of the Director's meetings.

Dated: February 10, 2011

_____
Bruce A. Willard

_____
William End

_____
William Dargie

_____
Joshua Powell

_____
Martin Laird Koldyke