1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT L

*Resignation of Joshua L. Powell from Board of JL Powell LLC*

26
27
28

LETTER OF RESIGNATION

May 14, 2012

Bruce Willard
Chairman
JL Powell LLC
16860 Three Oaks Road
Three Oaks, Michigan 49128

Dear Bruce:

    Effective as of the close of business on May 14, 2012, I hereby resign from the director position I hold with JL Powell LLC.

Sincerely,

Joshua L. Powell

cc: Stephan G. Bachelder, Esq.