1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT M

*Promissory Note 08-07-12*

_____
Complaint for Declaratory Relief

**PROMISSORY NOTE**

$500,000                                                                                                                    August 7, 2012

FOR VALUE RECEIVED, JL Powell LLC, a Delaware limited liability company with an address of 16860 Three Oaks Road, Three Oaks, Michigan 49128 (the "Borrower"), promises to pay to the order of Blue Highways Holdings III, LLC, a Delaware limited liability company (together with any successor holder or holders of this Note, the "Lender") at its office at 454 Beaver Dam Road, Vail, CO 81657 or such other place as Lender may designate, the principal sum of Five Hundred Thousand Dollars ($500,000), together with interest thereon, as hereinafter set forth.

Interest on the principal balance of this Note from time to time outstanding shall accrue from the date hereof at the rate of ten percent (10%) per annum.  Interest shall be computed on the basis of a three hundred and sixty (360)-day year and shall be paid for the actual number of days on which principal is outstanding.

In any event, the entire outstanding principal balance of this Note, together with any accrued interest and other charges as may be due hereunder, shall be paid on demand of Lender and in any event not later than August 31, 2012 (the "Maturity Date").

In the event that any amount is not paid when due hereunder, Lender shall have the right, in addition to any other rights hereunder to collect a late charge as compensation for increased costs of administering such late payment.  Such late charge shall be in an amount equal to five percent (5%) of the amount of such late payment, and shall be due and payable upon demand.

In the event that any payment due hereunder is not paid when due or upon a default under the security agreement securing this Note (the "Security Agreement") or under any other instrument executed by Borrower in connection with the loan evidenced by this Note or any other loan made by Lender (together with this Note and the Security Agreement, the "Loan Documents") which default is not cured within the applicable grace period, if any, Lender, at its option, may declare immediately due and payable the entire outstanding balance of principal and interest, together with all other charges to which the Lender may be entitled.  If this Note is so accelerated or any amounts due hereunder are not paid on demand or, if demand is not sooner made, the Maturity Date, all amounts due hereunder shall, after such acceleration or such Maturity Date, as the case may be, bear interest at a rate of eighteen percent (18%) per annum, until paid.

This Note may be prepaid in whole or in any part greater than $50,000 at any time and from time to time without penalty or premium.

Any notice required or permitted to be delivered hereunder shall be in writing and shall be deemed to be delivered on the earlier of (i) the date received, or (ii) the date of delivery, refusal, or non-delivery indicated on the return receipt, if deposited in a United States Postal Service depository, postage prepaid, sent registered or certified mail, return receipt requested, addressed to the party to receive the same at the address of such party set forth at the beginning

of this Note, or at such other address as may be designated in a notice delivered or mailed as herein provided.

Borrower agrees to pay all charges (including reasonable attorney's fees) of Lender in connection with the collection and/or enforcement of this Note or any other Loan Document or in protecting or preserving the security for this Note, whether or not suit is brought against Borrower.

The failure of Lender at any time to exercise any option or right hereunder shall not constitute a waiver of Lender's right to exercise such option or right at any other time.

Borrower and all endorsers and guarantors of this Note hereby jointly and severally waive presentment, demand, notice, protest and all other suretyship defenses generally and agree that (i) any renewal, extension or postponement of the time of payment or any other indulgence, (ii) any modification, supplement or alteration of any of the Borrower's obligations undertaken in connection with this Note or any of the other Loan Documents, or (iii) any substitution, exchange or release of collateral or the addition or release of any person or entity primarily or secondarily liable, may be effected without notice to Borrower or any endorser or guarantor of Borrower's obligations, and without releasing Borrower or such endorser or guarantor from any liability hereunder.

This Note shall be governed by, construed, and enforced in accordance with the laws of the State of Delaware.  If any provision of this Note is held to be invalid or unenforceable by a court of competent jurisdiction, the other provisions of this Note shall remain in full force and effect.  If the payment of any interest due hereunder would subject Lender to any penalty under applicable law, then the payments due hereunder shall be automatically reduced to what they would be at the highest rate authorized under applicable law.

This Note shall have the effect of an instrument under seal.

Witness:

_____

Borrower:

JL POWELL LLC

By: *[signature]*
Name: Will Dargie
Title: CEO