1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT O

*Notice of Foreclosure*

---

**BERNSTEIN SHUR**
COUNSELORS AT LAW

207-774-1200 main
207-774-1127 facsimile
bernsteinshur.com

100 Middle Street
PO Box 9729
Portland, ME 04104-5029

Wendy J. Paradis
207 228-7361 direct
wparadis@bernsteinshur.com

January 11, 2013

VIA FEDERAL EXPRESS (NEXT DAY DELIVERY) and FIRST CLASS MAIL

**PERSONAL AND CONFIDENTIAL**
JL Powell, LLC
℅ Will Dargie, CEO
121 H Street
Petaluma, CA 94952.

RE: **Notice of acceleration and proposal to retain collateral in satisfaction of credit obligations Blue Highways Holdings III, LLC (the "Secured Party"):**

1. $500,000 Convertible Note dated as of October 20, 2010 and corresponding Loan and Security Agreement covering all assets of JL Powell, LLC;

2. $400,000 Convertible Note Loan dated as of July 29, 2011 and corresponding Security Agreement covering all assets of JL Powell, LLC; and

3. $500,000 Promissory Note dated as of August 7, 2012 and corresponding Security Agreement covering all assets of JL Powell, LLC.

The documents described in paragraphs 1 – 3 above are hereinafter collectively referred to as the "Credit Obligations"; JL Powell, LLC is hereinafter referred to as the "Debtor".

Gentlemen:

This firm represents Blue Highways Holdings III, LLC the Secured Party. As a consequence of the concurrence and continuance of events of payment and technical defaults under the Credit Obligations, the Secured Party hereby declares the entire

BERNSTEIN, SHUR, SAWYER & NELSON, P.A.   |   Portland, ME   |   Augusta, ME   |   Manchester, NH



JL Powell, LLC
January 11, 2013
Page 2 of 2

current outstanding and unpaid balances due on the Credit Obligations, totaling $1,400,000.00 plus interest and costs of collection to be due and payable.

In accordance with Delaware Code Title 6 Sec. 9-620, the Secured Party hereby proposes to retain and accept, *inter alia*, all collateral described in the above-referenced Security Agreements (as those terms are described in the Credit Obligations; collectively, the "Collateral"[1]) in full satisfaction of the balances due, as set forth in the preceding paragraph. Such retention shall be free and clear of any and all liens or security interests of others in and to the Collateral. Upon retention and acceptance, the balances and obligations due shall be deemed fully discharged.

If you have any objection to the Secured Party's proposal to accept the Credit Obligations and Collateral in full satisfaction of the balances due, you must send the Secured Party an authenticated statement of your objection within twenty (20) days from the date this notice was sent to you. Notice should be sent to the Secured Party % Wendy J. Paradis, Esq. at the address on this letter. If the Secured Party has not received an authenticated objection within that time period, you will be deemed to have consented to this proposal and will not have further right to object, and the Secured Party will retain the Credit Obligations and Collateral in full satisfaction of the Debtor's obligations, as described in this letter.

Sincerely,

Blue Highways Holdings, LLC

*/s/ Wendy J. Paradis*
By: Wendy J. Paradis, its attorney

WJP
Enclosure: UCC filing
cc:      Secured Party
         JL Powell, LLC via First Class Mail

---

[1] The Collateral is more fully described in the documents in paragraphs 1-3 identified above and in the Secured Party's UCC Financing Statement – copy enclosed.

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Joshua Spooner                           2077618100

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
BACHELDER & DOWLING PA
120 EXCHANGE STREET
SUITE 400
PORTLAND ME 04112
```

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 09:29 AM 08/29/2012
INITIAL FILING # 2012 3341536
SRV: 120980726

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: JL POWELL LLC

1c. MAILING ADDRESS: CORPORATE TRUST CENTER 1209 ORANGE STREET
CITY: WILMINGTON
STATE: DE
POSTAL CODE: 19801
COUNTRY: US

1e. TYPE OF ORGANIZATION: LTD LIABILITY COMPANY
1f. JURISDICTION OF ORGANIZATION: DE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

[blank]

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: BLUE HIGHWAYS HOLDINGS III LLC

3c. MAILING ADDRESS: 454 BEAVER DAM RD
CITY: VAIL
STATE: CO
POSTAL CODE: 81657
COUNTRY: US

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's rights in and to all of Debtor's assets, including, without limitation, the Collateral, now or hereafter owned or acquired by Debtor or or in which Grantor now has or acquires any rights, and wherever located, and all proceeds and products and offspring of the foregoing. Collateral has the meaning given such term in the Security Agreement between Debtor and the Secured Party (as amended, amended and restated, or otherwise modified from time to time).

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional]   [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2
8. OPTIONAL FILER REFERENCE DATA

| From: (207) 774-1200<br>Kathleen Sawyer<br>BERNSTEIN, SHUR, SAWYER & NELS<br>100 MIDDLE STREET STE 6<br><br>PORTLAND, ME 04101 | Origin ID: SFMA |  FedEx Express | Ship Date: 10JAN13<br>ActWgt: 0.2 LB<br>CAD: 2910381/INET3300 |
|---|---|---|---|

J12201209200325

SHIP TO: (707) 559-5601       BILL SENDER

**Will Dargie, CEO**
**JL Powell, LLC**
**121 H Street**

**Petaluma, CA 94952**

Delivery Address Bar Code

Ref #       46502-1
Invoice #
PO #
Dept #



TRK# 7944 9085 6658
0201

FRI - 11 JAN  A4
STANDARD OVERNIGHT

**XH NOTA**

94952
CA-US
OAK

515G2/7813/AA44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                                      1/10/2013