1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT P

*Resignation of Laird Koldyke from Board of JL Powell LLC*

26
27
28



WINONA CAPITAL
MANAGEMENT

January 17, 2013

JL Powell, LLC
c/o Will Dargie
CEO
c/o Bruce Willard
Chairman
121 H Street
Petaluma, CA 94952

Dear Will and Bruce,

This letter serves to memorialize our discussions from 2012 regarding my resignation from the JL Powell LLC Board of Directors.

As you know, pursuant to agreements with my partners at Winona Capital, the effective date of my resignation is December 31, 2012. Accordingly, I hereby resign from the board with an effective date of December 31, 2012.

Sincerely,

M. Laird Koldyke

WINONA CAPITAL MANAGEMENT, 980 NORTH MICHIGAN AVENUE, SUITE 1950, CHICAGO, IL 60611  T: 312 334 8800