1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT R

*Secured Creditors Release Bill of Sale 01-31-13*

_____
Complaint for Declaratory Relief

## SECURED CREDITOR'S RELEASE BILL OF SALE

**KNOW ALL PERSONS BY THESE PRESENTS,** that Blue Highways Holdings III LLC, a Delaware limited liability company ("Secured Creditor"), for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and after default by JL Powell LLC, a Delaware limited liability company (the "Debtor"), of certain obligations to Secured Creditor and Secured Creditor, pursuant to Section 9-620 of the Uniform Commercial Code, as same has been adopted in the State of Delaware and is effective as of the date hereof (the "UCC"), having given notice as required by the UCC of its election to retain the Purchased Assets (as defined below) in full satisfaction of Debtor's obligations to Secured Creditor and Debtor's right to object to such retention within 20 days thereafter, and Secured Creditor having received no objection of any type or nature from Debtor and upon expiration of such 20-day notice period on January 31, 2013 thereby acquired all rights and benefits in the Purchased Assets pursuant to the UCC, Secured Creditor does hereby RELEASE, CONVEY and DELIVER unto JL Powell Clothing LLC, a Delaware limited liability company ("Purchaser"), its successors and assigns, AS IS, WHERE IS, WITHOUT REPRESENTATIONS OR WARRANTIES OF ANY KIND EXPRESS OR IMPLIED INCLUDING WITHOUT LIMITATION WARRANTIES OF WORKMANSHIP, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, certain tangible and intangible personal property and other assets of the Debtor in which Secured Party has a security interest, to wit: all rights and benefits of Debtor in, to, or under the personal property and other assets identified in the UCC-1 Financing Statement attached hereto as Exhibit A (the "Purchased Assets"), TO HAVE AND TO HOLD forever.

IN WITNESS WHEREOF, Secured Party has caused this Bill of Sale to be executed effective as of the 31st day of January, 2013.

Blue Highways Holdings III LLC

By: Blue Highways Management III LLC, its Managing Member

_____
By: Bruce A. L. Willard
Its: Manager

EXHIBIT A

UCC-1 Financing Statement

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| Joshua Spooner    2077618100 |

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
BACHELDER & DOWLING PA
120 EXCHANGE STREET
SUITE 400


PORTLAND ME 04112
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 09:29 AM 08/29/2012*
*INITIAL FILING # 2012 3341536*

*SRV: 120980726*

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| JL POWELL LLC |

OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| CORPORATE TRUST CENTER 1209 ORANGE STREET | WILMINGTON | DE | 19801 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|---|
| | LTD LIABILITY COMPANY | DE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| |

OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| BLUE HIGHWAYS HOLDINGS III LLC |

OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 454 BEAVER DAM RD | VAIL | CO | 81657 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor's rights in and to all of Debtor's assets, including, without limitation, the Collateral, now or hereafter owned or acquired by Debtor or or in which Grantor now has or acquires any rights, and wherever located, and all proceeds and products and offspring of the foregoing. Collateral has the meaning given such term in the Security Agreement between Debtor and the Secured Party (as amended, amended and restated, or otherwise modified from time to time).

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA